# Exhibit K

# 5/28

|  | IN | OUT |
|---|---|---|
| BARSTOCK |  | 632.00 |
| BAR DONATION | 340.00 |  |
| DUES | 245.00 |  |
|  | 585.00 | 632.00 |

| | DUES | LOANS | TICKETS | BAL |
|---|---|---|---|---|
| WILLARD | 0 | 0 | -15.00 | -15.00 |
| STAN | -25.00 | 0 | 0 | -25.00 |
| GLENN | +20.00 | 0 | -10.00 | +10.00 |
| RICHIE | 0 | 0 | 0 | 0 |
| JACK | -557.00 | 0 | 0 | -557.00 |
| BEE | -70.00 | 0 | 0 | -70.00 |
| WILEY | -65.00 | 190.00 | 0 | 255.00 |
| MUNCH | -55.00 | 0 | 0 | -55.00 |
| DAVE | -225.00 | 200.00 | -10.00 | -435.00 |
| WRENCH | 0 | 0 | 0 | 0 |
| RICK | -105.00 | 0 | 0 | -105.00 |
| HOMMEL | -115.00 | 150.00 | 10.00 | 275.00 |
| PETE | 0 | 0 | 0 | 0 |
| DJ | -55.00 | 30.00 | 15.00 | 100.00 |
| PAUL | -60.00 | 0 | 15.00 | -75.00 |
| JUE. | -75.00 | 0 | 0 | -75.00 |

CLUB BANK    2325

1B440-MISC CLUB NOTES AND PICTURES-000040



1B440-MISC CLUB NOTES AND PICTURES-000041

|  | 1st week In | 1st week out |  |
|---|---|---|---|
| MOXIE | 83.00 | 81.00 |  |
| SUPPORT |  | 65.00 |  |
| BAR STOCK |  | 186.17 |  |
| BAR DROPS | 230.00 |  |  |
| BAR TABS | 70.00 | 0 |  |
| DUES | 235.00 |  |  |
|  | ~~333.00~~ | 332.17 |  |
|  | 615.00 |  |  |

| MEMBERS | DUES | LOANS | BAL |
|---|---|---|---|
| WIKALD | 30.00 | 0 | 30.00 |
| STAN | 30.00 | 0 | 30.00 |
| GLEN | 65.00 | 60.00 | 125.00 |
| RICHIE | 0 | 0 | 0 |
| JACK |  | 557.00 | 557.00 |
| BEE | 90.00 | 0 | 90.00 |
| WALLY | 90.00 | 150.00 | 240.00 |
| MUNCH | 30.00 | 0 | 30.00 |
| DAVE | 255.00 | 200.00 | 455.00 |
| FRENCHY | 30.00 | 0 | 30.00 |
| WRENCH | 30.00 | 0 | 30.00 |
| BILL | 80.00 | 0 | 80.00 |
| HAMMER | 164.00 | 110.00 | 274.00 |
| PETE | 30.00 | 0 | 30.00 |
| DJ | 30.00 | 0 | 30.00 |
| PAUL | 40.00 | 20.00 | 60.00 |
| GOWANDA |  | 200.00 | 200.00 |
| ADAM |  | 88.00 | 88.00 |
| CLUB BANK |  | 1234.00 |  |
|  |  | 448.00 |  |
|  |  | 1682 + 235 = 1917 |  |

verified

WEEK 3

|        | OUT     | IN      |
|--------|---------|---------|
| TOTAL  | 246.19  | ⊘⊘⊘⊘⊘  |
| NOTE   | 1872.4  |         |
|        | 1433.34 | 988     |

|         | DUES    | LOANS  | BAL    |
|---------|---------|--------|--------|
| WILLARD | -15.00  | 0      | -15.00 |
| STAN    | -45.00  | 0      | -45.00 |
| GLEN    | -70.00  | 60.00  | 130.00 |
| RICHIE  | 0       | 0      | 0      |
| JACK    | -557.00 |        | 557.00 |
| DEE     | -55.00  | 0      | -55.00 |
| WALLY   | -85.00  | 150.00 | 235.00 |
| MUNCH   | -45.00  | 0      | 45.00  |
| DAVE    | -215.00 | 200.00 | 415.00 |
| WRENCH  | -15.00  | 0      | 15.00  |
| RICK    | -95.00  | 0      | 95.00  |
| HAMMER  | -105.00 | 110.00 | 215.00 |
| PETE    | 0       | 0      | 0      |
| DJ      | -45.00  | 0      | 45.00  |
| PAUL    | -60.00  | 0      | 60.00  |
| JOE     | -85.00  | 0      | 85.00  |

CLUB BANK 2019

Blank columnar ledger sheet with 6 numbered column groups and rows numbered 1–37.

6/11

| | LAST 2 WEEKS OUT | LAST 2 WEEKS IN | | BAL |
|---|---|---|---|---|
| BILLS | 517.84 | | | |
| GAS | 144.00 | | | |
| BAR STOCK | 740.70 | | | |
| GIGS | 60.00 | 30.00 | | -30.00 |
| SUPPORT SHEET | | 60.00 | | |
| BAR DON. | | 850.00 | | |
| MOXIE | 185.75 | 108.00 | | -77.75 |
| DUES | | 170.00 | | |
| | 1646.75 | 1218.00 | | |

| | DUES | LOANS | BALANCE | |
|---|---|---|---|---|
| WILLARD | +45.00 | 0 | +45.00 | |
| STAN | -45.00 | 0 | -45.00 | |
| GLENN | -10.00 | 0 | -10.00 | |
| RICHIE | 0 | 0 | 0 | |
| BEE | -90.00 | 0 | -90.00 | |
| WALLY | -40.00 | 185.00 | 195.00 | |
| MUNCH | -55.00 | 0 | -55.00 | |
| DAVE | -255.00 | 200.00 | -455.00 | |
| WRENCH | | | | |
| RICK | -25.00 | 0 | -125.00 | |
| HOMMEL | -45.00 | 140.00 | 195.00 | |
| DS | -90.00 | 0 | -90.00 | |
| PAUL | -60.00 | 0 | -60.00 | |
| JOE | -95.00 | 0 | -95.00 | |
| LIL JOHN | -10.00 | 0 | -10.00 | |
| DALE | -10.00 | 0 | -10.00 | |

CLUB BANK 2174.00

1B440-MISC CLUB NOTES AND PICTURES-000046