UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

        Plaintiff,

v.                                                  Case No. 15-CR-142-007-EAW

JASON WILLIAMS,

        Defendant.

---

## NOTICE OF MOTION

| | |
|---|---|
| **Moving Party**: | Defendant Jason Williams |
| **Date and Time**: | TBD |
| **Place**: | Hon. Elizabeth A. Wolford<br>U.S. Courthouse<br>2 Niagara Square<br>Buffalo, New York 14202 |
| **Supporting Papers**: | Declaration of Robert C. Singer, Esq., executed December 10, 2018. |
| **Relief Requested**: | An Order granting defendant's Motion to Seal Exhibit K to defendant's Sentencing Memorandum. |

Dated:  December 10, 2018
          Williamsville, New York

                                      **SINGER LEGAL PLLC**
                                      *Attorneys for Defendant Jason Williams*

                                      By:    s/ Robert C. Singer, Esq.
                                               Robert C. Singer, Esq.
                                      52 South Union Road, Suite 201
                                      Williamsville, New York 14221
                                      (716) 222-3288
                                      rob@singerlegalpllc.com

**TO:** **United States Attorney's Office**
**for the Western District of New York**
*Counsel for Plaintiff United States of America*
Joe Tripi, Esq.
Brendan Cullinane, Esq.
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5700