UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

        Plaintiff,

v.                                                    Case No. 15-CR-142-007-EAW

JASON WILLIAMS,

        Defendant.

---

## **ATTORNEY DECLARATION**

I, ROBERT C. SINGER, ESQ., make this Declaration under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am an attorney at law duly licensed to practice in the State of New York and this Court and am the Owner of Singer Legal PLLC, attorneys for the Defendant. I have worked on this matter extensively; therefore, I am fully familiar with the facts set forth herein. I submit this declaration in support of defendant Jason Williams's motion to seal.

2. There is information contained in Exhibit K to defendant's sentencing memorandum that a witness was unwilling to provide to the Court unless the information was filed under seal. Therefore, the defense respectfully requests that it be filed under seal.

Dated: December 10, 2018
       Williamsville, New York

                                      **SINGER LEGAL PLLC**
                                      *Attorneys for Defendant Jason Williams*

                                By:    s/ Robert C. Singer, Esq.
                                       Robert C. Singer, Esq.
                                       52 South Union Road, Suite 201
                                       Williamsville, New York 14221
                                       (716) 222-3288
                                       rob@singerlegalpllc.com